UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BETTY-JEAN BURNETT,<br><br>       Plaintiff,<br><br>   v.<br><br>WELLS FARGO BANK, N.A., et al.,<br><br>       Defendants. | Case No.: 4:11-cv-06326-YGR<br><br>**ORDER REGARDING PLAINTIFF'S OPPOSITIONS TO DEFENDANTS' MOTION TO DISMISS AND JOINDER** |

   On January 20, 2012, Defendant Wells Fargo Bank, N.A. filed a Motion to Dismiss Complaint. Dkt. No. 9. The hearing on this motion was originally set for February 28, 2012, but was re-noticed for hearing on March 6, 2012. Dkt. No. 14. Plaintiff's opposition was due on February 3, 2012. Civ. L.R. 7-3(a).

   On January 26, 2012, Defendant NDeX West, LLC filed a Joinder in Wells Fargo's Motion to Dismiss and noticed the hearing for February 28, 2012. Dkt. No. 13. NDeX subsequently re-noticed the hearing for March 6, 2012. Dkt. No. 15.

   To date, Plaintiff has failed to respond to the Motion to Dismiss or Joinder. <u>Plaintiff shall file her oppositions to the Motion to Dismiss and Joinder by March 13, 2012. Failure to file the oppositions by that date will result in dismissal of the action against these Defendants for failure to prosecute.</u> If Plaintiff submits her oppositions by this date, Defendants shall reply by March 20, 2012.

   The hearing date of March 6, 2012 is hereby VACATED. The Court re-sets the hearing for April 3, 2012 at 2:00 p.m.

1 **IT IS SO ORDERED.**

3 Dated: February 28, 2012

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**