# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Betty-Jean: Burnett: | CASE NO.: 4:11-CV-06326-YGR |
| Plaintiff, | [The Honorable Yvonne Gonzalez Rogers] |
| v. | |
| WELLS FARGO BANK, NA, KEVIN A. HARRIS, HARRIS ROSALES & HARRIS, NDEx WEST, LLC, | **[PROPOSED] JUDGMENT OF DISMISSAL WITH PREJUDICE** |
| Defendants. | |

On March 20, 2012, this Court entered an Order granting, without leave to amend, the Motion to Dismiss Plaintiff's Complaint for Failure to Prosecute Action (Document No. 18). In accordance with that Order:

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED:**

1. Plaintiff's complaint is dismissed with prejudice.
2. Plaintiff shall take nothing from her complaint; and
3. As the prevailing party, defendant Wells Fargo may submit a motion to tax costs and to recover reasonable attorneys' fees.

**IT IS SO ORDERED.**

Dated: _____

HONORABLE YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT JUDGE

[STAMP: DENIED / 3/29/12 / Judge Yvonne Gonzalez Rogers / United States District Court Northern District of California]

ANGLIN FLEWELLING RASMUSSEN CAMPBELL & TRYTTEN LLP

**CERTIFICATE OF SERVICE**

I, the undersigned, declare that I am over the age of 18 and am not a party to this action. I am employed in the City of Pasadena, California; my business address is Anglin, Flewelling, Rasmussen, Campbell & Trytten LLP, 199 S. Los Robles Avenue, Suite 600, Pasadena, California 91101-2459.

On the date below, I served a copy of the foregoing document entitled:

**[PROPOSED] JUDGMENT OF DISMISSAL WITH PREJUDICE**

on the interested parties in said case as follows:

| *Served By Means Other than Electronically Via the Court's CM/ECF System:* | *Served Electronically Via the Court's CM/ECF System:* |
|---|---|
| *Plaintiff in Pro Per:* | *Attorneys for Defendant NDeX West, LLC:* |
| Betty Jean Burnett<br>5532 Cribari Circle<br>San Jose, CA  95135 | Edward A. Treder, Esq.<br>BARRETT DAFFIN FRAPPIER TREDER & WEISS, LLP<br>20955 Pathfinder Road, Suite 300<br>Diamond Bar, CA 91765<br>edwardt@bdfgroup.com<br>Tel: (626) 915-5714; Fax: (909) 595-7640 |

☒ **BY MAIL:** I am readily familiar with the firm's practice of collection and processing correspondence by mailing. Under that same practice it would be deposited with U.S. Postal Service on that same day with postage fully prepaid at Pasadena, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. I declare that I am employed in the office of a member of the Bar of this Court, at whose direction the service was made. This declaration is executed in Pasadena, California on March 26, 2012.

| Christine Daniel | */s/ Christine Daniel* |
|---|---|
| (Type or Print Name) | (Signature of Declarant) |